Bobby MAHANEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 72862.

Missouri Court of Appeals,
Eastern District,
Division One.

May 27, 1998.

David Simpson, Asst. Public Defender, Columbia, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cristi A. Ingalsbe, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Bobby Mahaney, Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief. Movant sought relief from his guilty plea to two charges of assault of a law enforcement officer in the second degree in violation of Section 565.082, RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's decision is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth

the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).